```
                    ___✓__ FILED          _____ RECEIVED
                    _____ ENTERED         _____ SERVED ON
                                          COUNSEL/PARTIES OF RECORD

                            MAY 1 2 2016

                          CLERK US DISTRICT COURT
                            DISTRICT OF NEVADA
                    BY:_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VAHE SARKISSIAN, | Case No.: 2:14-cv-1338-JAD-VCF |
| Plaintiff, | |
| v. | FILED *EX PARTE* AND UNDER SEAL |
| TULANE UNIVERSITY MEDICAL SCHOOL, *et al.*, | |
| Defendants. | |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

This 11th day of May, 2016.

_____
United States District Judge

6