# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., VAHE SARKISSIAN,<br><br>Plaintiff,<br><br>vs.<br><br>TULANE UNIVERSITY MEDICAL SCHOOL,<br><br>Defendant. | 2:14-cv-01338-JAD-VCF<br>**MINUTE ORDER** |

Before the Court are the Motion to Withdraw as Counsel for Vahe Sarkissian (ECF No. 7) and Notice of Dissociation of Counsel (ECF No. 8).

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel for Vahe Sarkissian (ECF No. 7) is scheduled for 10:00 a.m., August 23, 2016, in courtroom 3D.

IT IS FURTHER ORDERED that Vahe Sarkissian must attend the hearing on August 23, 2016 at 10:00 a.m., in person.

IT IS FURTHER ORDERED that the Notice of Dissociation of Counsel, Alia A. Najjar, Esq. (ECF No. 8) is GRANTED.

DATED this 9th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE