UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America, *ex rel* Vahe Sarkissian,

    Plaintiff

v.

Tulane University Medical School, et al.,

    Defendants

2:14-cv-01338-JAD-VCF

**Order Dismissing and Closing Case**

[ECF No. 11]

In this *qui tam* action under the federal False Claims Act, relator Vahe Sarkissian's counsel has withdrawn,[1] the United States has chosen not to intervene,[2] and Sarkissian did not appear at the last hearing despite a court order directing him to do so. Given Sarkissian's apparent lack of interest in pursuing this action and his inability to litigate this *qui tam* case pro se, Magistrate Judge Ferenbach recommends that I dismiss this action with prejudice.[3] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Objections to the magistrate judge's report and recommendation were due by September 9, 2016, and Sarkissian has not filed an objection or requested an extension to do so. Accordingly,

IT IS HEREBY ORDERED that **the magistrate judge's report and recommendation [ECF No. 11] is ADOPTED, and this case is dismissed without prejudice.**

The Clerk of Court is instructed to CLOSE this case.

Dated this 19th day of September

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 11.

[2] ECF No. 5.

[3] ECF No. 11.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).